IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 7:18CR849 |
| | ) | 29 U.S.C. § 501(c) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| DANA QUINN ROUSH | ) | INDICTMENT |

THE GRAND JURY CHARGES:

That from on or about December 20, 2012, through February 12, 2014, in the District of South Carolina and elsewhere, the Defendant, DANA QUINN ROUSH, while serving as President of Postal Workers, American, AFL-CIO, Local Union 403, Spartanburg, South Carolina, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property and other assets of said labor organization, in the approximate amount of $10,089.82

All in violation of Title 29, United States Code, Section 501(c).

1

## FORFEITURE

LABOR UNION EMBEZZLEMENT:

Upon conviction for violation of Title 29, United States Code, Section 501(c), as charged in this Indictment, the Defendant, DANA QUINN ROUSH, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

PROPERTY:

The property subject to forfeiture includes, but is not limited to, the following:

Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offense charged in this Indictment, or traceable to such property, that is, a minimum of $10,089.82 in United States currency.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant –

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the said Defendant up to the value of the above described forfeitable property;

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A _True_ Bill

REDACTED
FOREPERSON

SHERRI A. LYDON     (DCS/kk)
UNITED STATES ATTORNEY

3