# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

**To All Parties Having Criminal Cases Listed Below:** Please take notice that the following criminal cases have been **SCHEDULED** for hearing on September 29, 2020, at 9:30 AM, **before the HONORABLE Timothy M. Cain at the G. Ross Anderson, Jr. United States Courthouse and Federal Building, 315 South McDuffie Street, Anderson, SC.**

9:30 Sentencing

| Case No. | Defendant | Counsel |
|---|---|---|
| 6:18-168-1 | Michael Roush<br>Bond | Bill Watkins, AUSA<br>James Loggins, AFPD |
| 6:18-168-2<br>7:18-849 | Dana Roush<br>Custody | Bill Watkins, AUSA<br>Josh Kendrick, CJA |